UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**DAVON L. JOHNSON,**

      **Petitioner,**

  v.

                              **Case No. 2:24-cv-02303**
                              **Judge Edmund A. Sargus**
                              **Magistrate Judge Chelsey M. Vascura**

**MICHAEL HOLBROOK,** *et al.*,

      **Respondents.**

## ORDER

On September 3, 2024, the Magistrate Judge issued a Report and Recommendation recommending the Court dismiss Petitioner Davon L. Johnson's 28 U.S.C. § 2241 petition for writ of habeas corpus ("Petition"). (R&R, ECF No. 10; *see* ECF No. 1.)

The Magistrate Judge performed a preliminary review of the Petition and determined that it appeared Petitioner's speedy trial claims described in grounds one and two were subject to dismissal. (ECF No. 6.) Petitioner was ordered to show cause in 30 days why those grounds should not be dismissed but failed to do so despite a warning that such noncompliance could result in dismissal of those grounds. (*Id.* PageID 10–11.) So, in her September 3 Report and Recommendation, the Magistrate Judge recommends dismissal of grounds one and two. (R&R PageID 16.) She also recommends that ground three of the Petition should be dismissed under the abstention doctrine. (*Id.* PageID 17.)

Although Petitioner was advised of the right to object to the Magistrate Judge's Report and Recommendation and of the consequences of failing to do so (*Id.* PageID 18), no objections have been filed. The Report and Recommendation is **ADOPTED** and **AFFIRMED**. (ECF No. 10.) For the reasons set forth in it, Petitioner's § 2241 Petition is **DISMISSED**.

The Clerk is **DIRECTED** to enter judgment and close this case.

**IT IS SO ORDERED.**

| | |
|---|---|
| **10/15/2024** | **s/Edmund A. Sargus, Jr.** |
| **DATE** | **EDMUND A. SARGUS, JR.** |
| | **UNITED STATES DISTRICT JUDGE** |